IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-780-JLK

CHERYL D. WUCKOWITSCH,

  Plaintiff,

v.

JO ANNE B. BARNHART,

  Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:
Patrick C.H. Spencer, II, Esq.
Spencer & Spencer
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
(719) 632-4808
(719) 632-4807 (facsimile)
patrick@2spencers.com

<u>For Defendant</u>:
Michele M. Kelley
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-0812
(303) 844-0770 (facsimile)
Michele.kelley@ssa.gov
*Street Address:*

1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

      A.    **Date Complaint Was Filed:** April 26, 2005

      B.    **Date Complaint Was Served on U.S. Attorney's Office:** May 4, 2005

      C.    **Date Answer and Administrative Record Were Filed:** June 30, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Defendant states that the record is complete and accurate.
Plaintiff states that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Defendant intends to submit no additional evidence.
Plaintiff intends to submit no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Defendant states that this case involves no unusually complicated or out-of-the-ordinary claims.
Plaintiff states that this case involves no unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

Defendant brings no other matters to the Court's attention.
Plaintiff brings no other matters to the Court's attention.

**8. PROPOSED BRIEFING SCHEDULE**

    **A.**      **Plaintiff's Opening Brief Due:** September 6, 2005

    **B.**      **Defendant's Response Brief Due:** October 6, 2005

    **C.**      **Plaintiff's Reply Brief (If Any) Due:** October 21, 2005

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**      **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**      **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    *Indicate below the parties' consent choice.*

    **A.**      **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**      **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 27th day of July, 2005.

BY THE COURT:

S/**John L. Kane**

Senior Judge, United States District Court

APPROVED:

UNITED STATES ATTORNEY

| | |
|---|---|
| s/ Patrick C.H. Spencer | s/ Michele M. Kelley |
| Patrick C.H. Spencer, Esq. | By: Michele M. Kelley |
| Spencer & Spencer | Special Assistant U.S. Attorney |
| 830 Tenderfoot Hill Road, Suite 320 | |
| Colorado Springs, CO 80906 | *Mailing Address:* |
| (719)632-4808 | 1961 Stout St., Suite 1001A |
| (719)632-4807 (FAX) | Denver, Colorado  80294 |
| patrick@2spencers.com | Telephone: (303) 844-0812 |
| | Facsimile: (303) 844-0770 |
| Attorney for Plaintiff | michele.kelley@ssa.gov |

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant