IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-780-AP**

**CHERYL D. WUCKOWITSCH,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Motion for EAJA Fees (Doc. #15), filed February 6, 2006, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff attorney fees in the amount of **$1,214.47**.

Dated at Denver, Colorado, this 6th day of February, 2006.

       BY THE COURT:

       **S/John L. Kane**
       JOHN L. KANE, SENIOR JUDGE
       UNITED STATES DISTRICT COURT